# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDAL DANNY GONZALEZ, | 1:11-CV-01347 LJO BAM HC |
| Petitioner, | |
| v. | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| A. HEDGPETH, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature.  Local Rule 131 requires a document submitted to the Court for filing to include an original signature.  In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is

1  GRANTED twenty (20) days from the date of service of this order to comply with the Court's
2  directive.
3       Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
4  the petition pursuant to Local Rule 110.
5       IT IS SO ORDERED.
6  Dated:   **October 25, 2011**               /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE